# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2887
Lower Tribunal No. 2022-CA-005268-O

_____

SAMUEL MALACHI BLEUS,

Appellant,

v.

TRISHA M. BAILEY,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone, III, Judge.

July 9, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and BROWNLEE, JJ., concur.


David S. Cohen, of Law Offices of David S. Cohen, LC, Orlando, For Appellant.

David E. Borak, of Borak Law Group, P.A., Longwood, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED